IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00031-WDM-MEH

JANET BOESER and CHERYL FOOTE,

    Plaintiffs,

v.

ANTHONY D. SHARP; AD SHARP US, INC.;
VALDORO DEVELOPMENT, LLC;
STEVE LUNNEY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 8, 2006.**

    Plaintiffs' Motion for Costs [Filed August 3, 2006; Docket #150] is **denied** without prejudice for failure to comply with D.C.Colo.LCiv.R. 7.1A. Plaintiffs' evidence of conferring with Defendants consists of two letters requesting costs, one sent in April 2006, and the other sent in May 2006. Plaintiffs produce no evidence of any recent attempts to resolve this matter before filing this motion or any actual contact with Defendants. Plaintiffs' efforts of record do not constitute conferring in good faith as contemplated by the Local Rules.