IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  03-cv-00031-WDM-MEH | Date:   November 1, 2006 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

| | |
|---|---|
| JANET BOESER and<br>CHERYL FOOTE, | Lawrence D. Stone |
| Plaintiff(s); | |
| vs. | |
| ANTHONY D. SHARP;<br>AD SHARP US, INC.;<br>VALDORO DEVELOPMENT COMPANY, LLC;<br>VALDORO SALES & MARKETING, LLC; and<br>STEVE LUNNEY; | Michael E. Lindsay<br>Paul E. Wagner |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     **3:56 p.m.**

Court calls case.  Appearances of counsel by telephone.

Opening statements by the Court.

Argument and discussion regarding Defendants' Motion for Leave to Take Preservation Deposition and for Expedited Hearing (Doc. #187, filed 10/30/06).

The Court takes the motion under advisement and will issue a written order.

**Court in recess:**     **4:32 p.m.   (Hearing concluded)**
**Total time in court:**  0:36