IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 03-cv-00031-WDM-MEH                  Date:   November 8, 2006
Courtroom Deputy: Cathy Coomes                        **FTR – Courtroom A601**

---

JANET BOESER and                                      Lawrence D. Stone
CHERYL FOOTE,

Plaintiff(s);

vs.

ANTHONY D. SHARP;                                     Paul E. Wagner
AD SHARP US, INC.;                                    Michael E. Lindsay
VALDORO DEVELOPMENT COMPANY, LLC;
VALDORO SALES & MARKETING, LLC; and
STEVE LUNNEY;

Defendant(s).

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**

**Court in session:**     3:38 p.m.

Court calls case. Appearances of counsel. Also present: Plaintiff Janet Boeser.

Opening statements by the Court.

Argument and discussion regarding Defendants' Motion to Compel Production of Documents Identified in Janet Boeser's Privilege Log (Doc. #164, filed 9/26/06).

4:14 p.m.     The Court takes a brief recess to allow Mr. Stone to review documents.

4:49 p.m.     Court in session.

Discussion regarding copies of e-mails provided to Mr. Stone and setting a briefing schedule.

The Court takes the motion under advisement and will issue a written order.

**Court in recess:**     5:48 p.m.   (Hearing concluded)
**Total time in court:**    2:10