IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00031-WDM-MEH

JANET BOESER and CHERYL FOOTE,

      Plaintiffs,

v.

ANTHONY D. SHARP; AD SHARP US, INC.;
VALDORO DEVELOPMENT, LLC;
STEVE LUNNEY,

      Defendants.

---

## MINUTE ORDER ON DEFENDANTS' MOTION TO COMPEL

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 13, 2006.**

      Before the Court is Defendants' Motion to Compel Production of Documents Identified in Janet Boeser's Privilege Log [Filed September 26, 2006; Docket #164].  The Court conducted an *in camera* review of the documents, and oral argument was held on November 8, 2006.  At oral argument, the Court indicated its view of the relevance of the majority of the documents and focused arguments on those the Court found to be relevant and not privileged.  The parties subsequently filed supplemental briefing on whether Plaintiff's intention to withdraw her claim for hostile work environment and harassment would affect the relevance of the documents at issue, and Plaintiff has filed her intention pursue only a *quid pro quo* harassment claim.

      The Court has further reviewed the documents and both parties' supporting case law and hereby ORDERS that Defendants' Motion to Compel is **granted** in part and **denied** in part.  In particular, the Court focused on the potential relevance of the documents and not their admissibility.  The Court intends to give complete latitude to District Judge Miller to determine what evidence should be admitted at trial.  At this point in the proceedings, especially with motions *in limine* pending, a broad view of what Plaintiff should be required to produce to Defendants is necessary.  The Court also recognizes that these documents are subject to the Protective Order governing this case and may, likewise, be subject to motions *in limine* already pending before District Judge Miller.  As such, the Court believes that immediate production of the documents listed is necessary.  Accordingly, Plaintiff shall deliver to the office of Defendants' local counsel the following documents, un-redacted, no later than noon on Tuesday, November 14, 2006:

## P: 4214, 4236, 4239, 4240, 4241 – 4254, 4283 – 4323, 4350 – 4354, 4395, 4401, 4402, 4404, 4407, 4408, 4420, 4427, 4431, 4433, 4435, 4465, 4469, 4470, 4476 – 4482, 4520, 4521, 4522, 4524, 4559.