IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00031-WDM-MEH

JANET BOESER, ET AL.,

    Plaintiffs,

v.

ANTHONY D SHARP, ET AL.,

    Defendant(s).

## ORDER VACATING TRIAL DATE

Miller, J.

This matter is before me on the parties' Joint Motion to Vacate Trial Date (doc no 274). The jury trial scheduled to commence on December 4, 2006 is vacated. Counsel shall contact chambers within five days to reset the trial.

DATED at Denver, Colorado, on November 30, 2006

BY THE COURT:

s/ Walker D. Miller
United States District Judge