# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE WALKER D. MILLER

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks    Date: November 21, 2006
Court Reporter: Janet Coppock    Time: 38 minutes

---

**CASE NO.   03-cv-00031-WDM**

| Parties | Counsel |
|---|---|
| | Lawrence Stone |
| **JANET BOESER, et al,** | Chris Hammond |
| Plaintiffs, | |
| vs. | |
| | Michael Lindsay |
| **ANTHONY D. SHARP, et al,** | Paul Wagner |
| | Arch Stokes |
| | Ann-Marie Mizel |
| Defendants. | |

---

### TRIAL PREPARATION CONFERENCE

---

**3:02 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Page Two
03-cv-00031-WDM-MEH
November 21, 2006

Matter set for 2 week jury trial, commencing December 4, 2006.  Counsel advised this case is second set to a criminal case which it appears to be proceeding and this case will be bumped.

Court will vacate this trial if  the parties stipulate.

Discussion regarding settlement possibilities.

Court and counsel discuss Judge Miller's Trial Procedures, including jury selection of 8, voir dire by counsel limited to 10 minutes, opening statements limited to 30 minutes, exhibits and witnesses.

**ORDERED:**   Counsel shall submit an amended joint exhibit list, indicating which have been stipulated to by **November 27, 2006.**

**ORDERED:**   Telephone conference set for **November 29, 2006 at 3:00 p.m.**

Court and counsel discuss pending motions.

**ORDERED:**   Plaintiff Janet Boeser's Motion to Seal Plaintiff's 412 Motion (Doc #227), filed 11/7/06 is **GRANTED.**

**ORDERED:**   Defendants' Motion to Seal Defendants' Opposition to Plaintiff's 412 Motion (Doc #248), filed 11/16/06 is **GRANTED.**

**ORDERED:**   Defendants' for Leave to Take the Deposition of Janet Boeser (Doc #263), filed 11/20/06 is **GRANTED.**  Deposition shall be taken before December 4, 2006 if this case proceeds to trial on December 4, 2006.

**ORDERED:**   Defendants' Motion to Seal Document (Doc #265), filed 11/20/06 is **GRANTED.**

**3:40 p.m.     COURT IN RECESS**

**Total in court time:          38 minutes**

**Hearing concluded**