IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00031-WDM-OES

JANET BOESER AND CHERYL FOOTE,

    Plaintiffs,

v.

ANTHONY D. SHARP, et al.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendants' motion to excuse lead counsel from trial preparation conference is granted.

Dated: January 19, 2007

                                                        s/ Jane Trexler, Judicial Assistant