IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00031-WDM-MEH

JANET BOESER and CHERYL FOOTE,

      Plaintiffs,

v.

ANTHONY D. SHARP; AD SHARP US, INC.;
VALDORO DEVELOPMENT, LLC;
STEVE LUNNEY,

      Defendants.

## ORDER ON PLAINTIFF JANET BOESER'S MOTION TO LIMIT THE LENGTH OF HER THIRD DEPOSITION

Before the Court is Plaintiff Janet Boeser's Motion to Limit the Length of her Third Deposition [Docket #289]. Defendants received documents ordered to be produced by this Court after the close of discovery and shortly before the last trial setting for this case. Once the trial was reset, Defendants sought and received from District Judge Miller leave to depose Plaintiff Janet Boeser again based solely on the documents that were recently produced.

This Court ordered the production of these documents after an *in camera* review and is familiar with the nature and volume of these documents. The Court heard extensive oral argument from both parties on this issue at the Telephonic Discovery hearing held on February 1, 2007, including the representation of Plaintiff's counsel that she intends to assert her Fifth Amendment privilege with regard to any questions addressing her allegedly sham marriage. The Court understands that Defendants' primary concern is that Ms. Boeser will be uncooperative and unnecessarily prolong the deposition.

The Court assumes that all parties will cooperate in this depositions and will do nothing to

unnecessarily prolong the deposition. It is therefore ORDERED that Plaintiff Janet Boeser's Motion to Limit the Length of her Third Deposition [Filed February 2, 2007; Docket #289] is **granted**, without prejudice to any motion by Defendant based on conduct that violates the Federal Rules of Civil Procedure. Ms. Boeser's deposition shall be limited to three hours.

Dated at Denver, Colorado this 5th day of February, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge