**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-CV-00031-WDM-MEH

JANET BOESER and CHERYL FOOTE,

Plaintiffs,

v.

ANTHONY D. SHARP; VALDORO DEVELOPMENT, LLC; VALDORO SALES & MARKETING, LLC; and STEVE LUNNEY,

Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND CAPTION**

---

THE COURT, having read Plaintiffs' Unopposed Motion to Amend Caption, and being fully apprised of the premises, hereby

ORDERS that the Motion is GRANTED. The caption for this matter is hereby amended and all future filings with the Court shall conform to the caption set forth above.

DONE this 2nd day of April, 2007,

BY THE COURT:

s/ Walker D. Miller
_____
United States District Court Judge