# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks      Date: April 4, 2007
Court Reporter: Darlene Martinez           Time: 2 hours and 29 minutes

**CASE NO.  03-cv-00031-WDM-MEH**

| Parties | Counsel |
|---|---|
| **JANET BOESER, and CHERYL FOOTE,** | Lawrence Stone  Christian Hammond |
| Plaintiffs, | |
| vs. | |
| **ANTHONY D. SHARP, et al** | Arch Stokes  Michael Lindsey |
| Defendants. | |

## RULE 412 MOTIONS HEARING

**1:42 p.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiffs Janet Boeser and Cheryl Foote are also present.

Discussion regarding how this hearing should proceed.

**1:46 p.m.**   Argument by Mr. Stone.  Questions by the Court.

**3:00 p.m.**   **COURT IN RECESS**

Page Two
03-cv-00031-WDM-MEH
April 4, 2007

**3:17 p.m.**     **COURT IN SESSION**

                      Argument by Mr. Stokes.  Questions by the Court.

**3:54 p.m.**     Further argument by Mr. Stone.

**ORDERED:**     Motions taken under advisement.

**4:28 p.m.**     **COURT IN RECESS**

**Total in court time:**        **149 minutes**

**Hearing concluded**