IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00031-WDM-OES

JANET BOESER AND CHERYL FOOTE,

     Plaintiffs,

v.

ANTHONY D. SHARP, et al.,

     Defendant(s).
_____

# MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

     The following Minute Order is entered by Judge Walker D. Miller:

     Defendants' motion to withdraw motion is granted; the motion to strike plaintiffs's counterdesignations is moot.

Dated: May 30, 2007

                    s/ Jane Trexler, Judicial Assistant