IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-00031-WDM-MEH

JANET BOESER, et al.,

    Plaintiffs,

v.

ANTHONY D. SHARP, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL AS TO CHERYL FOOTE ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation of Partial Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint and counterclaim as to Cheryl Foote only are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on June 17, 2008.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge