IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 03-cv-00031-WDM-MEH

JANET BOESER,

    Plaintiff,

v.

ANTHONY D. SHARP, et al.,

    Defendants.

_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

Miller, J.

    In light of the Notice of Bankruptcy Filing and Notice of Automatic Stay filed July 21, 2009 (doc. no. 478) by Plaintiff, this case, including all pending post judgment matters, shall be administratively closed pending the resolution of Plaintiff's bankruptcy proceedings.

    If no action is taken to reopen this case on or before July 21, 2010, the pending motions will be denied without prejudice without further notice to any party.

    DATED at Denver, Colorado, on July 22, 2009.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL